1

2

3

4

5

6                    **UNITED STATES DISTRICT COURT**

7                          **DISTRICT OF NEVADA**

8    UNITED STATES OF AMERICA,                )
                                              )
9                        Plaintiff,           )
                                              )
10               v.                           )        3:12-cr-00002-LRH-WGC
                                              )
11   WESLEY GORDON DRENDEL,                   )
                                              )
12   _____Defendant._____ )

13                  **PRELIMINARY ORDER OF FORFEITURE**

14        This Court finds that on July 24, 2012, defendant WESLEY GORDON DRENDEL pled guilty

15   to Count One of a One-Count Criminal Indictment charging him with Possession of Child

16   Pornography, in violation of Title 18, United States Code, Section 2252A(a)(5)(B). Indictment,

17   ECF No. 1.

18        This Court finds defendant WESLEY GORDON DRENDEL agreed to the forfeiture of the

19   property set forth in Forfeiture Allegation of the Criminal Indictment. Indictment, ECF No. 1;

20   Change of Plea Minutes, ECF No. 21.

21        This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America

22   has shown the requisite nexus between property set forth in the Forfeiture Allegation of the

23   Criminal Indictment and the offense to which defendant WESLEY GORDON DRENDEL pled

24   guilty.

25        The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section

26   2253:

1.   One Custom Computer Tower

2.   One Western Digital external hard drive;

3.   One Apple Imac computer with keyboard;

4.   One Powerbook G4 with 17" screen;

5.   One Powerbook G4 with 15" screen; and

6.   any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Section 2252A ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of WESLEY GORDON DRENDEL in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, Bruce R. Thompson U.S. Courthouse and Federal Building, 400 South Virginia Street, 3rd Floor, Reno, NV 89501.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

Greg Addington
Assistant United States Attorney
100 West Liberty Street, Suite 600
Reno, NV 89501

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 27th day of July, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE